

December 16, 2025                                                      Project No. 31405041.6710

**Alyssa Graveline**
Remedial Project Manager
U.S. Environmental Protection Agency - Region V
77 West Jackson Blvd., SR-6J
Chicago, IL 60604

**RE:     ANNUAL REPORT FOR 2025**
**REMEDIAL DESIGN/REMEDIAL ACTION (RD/RA) ACTIVITIES**
**WEST KL AVENUE LANDFILL, KALAMAZOO, MICHIGAN**

Dear Alyssa:

On behalf of the KL Avenue Landfill Group (KLA Group), please find attached the Annual Progress Report for 2025 that summarizes RD/RA milestones achieved during the reporting period from December 2024 to December 2025 at the West KL Avenue Landfill Site in Kalamazoo, Michigan.  This report also presents a summary of RD/RA tasks anticipated to be completed in the next 12 months by the KLA Group at the West KL Ave. Landfill Site.

This report complies with Section XI, no. 31, of the Consent Decree (Case No. 1:92-CV-659).

If you have any questions, please don't hesitate to call.

Sincerely,

**WSP USA, Inc.**

Robert J. Illes
*Senior Technical Principal*

RJI/bjb

CC:             Distribution Listed on Semi-Annual Report Cover Sheet

---

**WSP USA, Inc.**
401 Route 73 North, Suite 205, Marlton, New Jersey, USA 08053                    T: +1 856 793 2005

**wsp.com**



**REPORT**

# Annual Report for 2025 Remedial Design/ Remedial Action Activities

*West KL Avenue Landfill*
*Kalamazoo, Michigan*

Submitted to:

**USEPA, Region V**
77 West Jackson Blvd., HSRW-6J
Chicago, IL 60604

Submitted by:

**WSP USA, Inc.**
401 Route 73 North, Suite 205
Marlton, New Jersey, USA 08053

31405041.6710

December 16, 2025

# Distribution List

1 Copy    Chief U.S. District Judge, Western District of Michigan
          (ref: USA v. The Upjohn Company, et. al., Case No. 1:92-CV-659)

<u>Electronic Copy Only</u>

Alyssa Graveline, USEPA
Walelign Wagaw, EGLE
Lucus Pols, Kalamazoo Human Services Department
Lewis Smith, Kalamazoo County
Russell Downey, Pfizer Inc.
Catherine Campbell, Pfizer Inc.
Cheri Bell, Oshtemo Twp.
Anna Horner, Oshtemo Twp.
James Porter, Oshtemo Twp.
Jean Talanda, Kalamazoo Public Services Department
William Bates, City of Kalamazoo
Daniel DeWitt, Esq., Warner Norcross + Judd LLP
Chad Moose, Waste Management, Inc.
James Deibert, Waste Management, Inc.
Sandy Mullin, Ascension
Lance Maurer, Ascension



# 1.0    RD/RA MILESTONES ACHIEVED DURING THE 2025 REPORTING PERIOD

The following milestones or activities were achieved during the reporting period since the previous Annual Report for 2024 was submitted on December 16, 2024:

- December 16, 2024 – Annual Report for December 2023 to December 2024 was submitted to the Agencies (USEPA & EGLE) and the U.S. District Court of Michigan in accordance with Section XI, paragraph 31 of the CD entered by the Court on November 17, 1992.

- December 19, 2024 – The Cass County Board of Commissioners approved the Van Buren/Cass District Health Department Groundwater Restricted Zone (GRZ) ordinance.

- December 31, 2024 – A revised Quality Assurance Project Plan (QAPP) was submitted to the Agencies in response to USEPA comments received on November 25, 2024.

- January 14, 2025 – The Van Buren County Board of Commissioners approved the adoption of the amendment to the Environmental Health Code establishing the GRZ in Van Buren County.

- January 16, 2025 – USEPA issued comments to the revised draft QAPP submitted on December 31, 2024.

- January 21, 2025 – A progress update conference call was held with the Agencies.

- January 24, 2025 – A Semi-Annual Progress Report for the period July 1, 2024 to December 31, 2024 was submitted to the Agencies.

- January 25 and 26, 2025 – Public Notice of the establishment of the Van Buren County GRZ was published in the Dowagiac Daily News and the South Haven Tribune.

- February 4, 2025 – A revised draft QAPP was issued to the USEPA addressing comments received from USEPA on January 16, 2025.

- February 4, 2025 – USEPA issued comments on the PFAS Assessment Work Plan submitted on December 6, 2024.

- February 6, 2025 – USEPA issued a memorandum dated February 4, 2025 approving the revised draft QAPP issued on February 4, 2025.

- February 7, 2025 – the Final QAPP was issued to USEPA following approval on February 6, 2025 of the revised draft QAPP dated February 4, 2025.

- February 18, 2025 – A progress update conference call was held with the Agencies.

- February 28, 2025 – The Van Buren County GRZ became legally effective.

- March 6, 2025 – The KLA Group issued responses to USEPA comments received on February 4, 2025 to the PFAS Assessment Work Plan submitted on December 6, 2024.

- March 10, 2025 – The Annual Report on water quality issues experienced by property owners within the GRZ (e.g. hardness) was submitted to Kalamazoo County.



- March 13, 2025 – Monitoring well P-91 installed pursuant to the approved Revised Hydrogeologic Assessment Work Pan – WJ Avenue, Oshtemo Township, Kalamazoo Michigan dated September 10, 2024 was sampled in accordance with the approved QAPP dated February 7, 2025

- March 18, 2025 – The Kalamazoo County Board of Commissioners passed a resolution to hold a Public Hearing for the proposed amendment to the Sanitary Code to expand the GRZ.

- March 20, 2025 – USEPA issued the Fourth Five Year Review Report.

- March 25, 2025 – A Notice of Public Hearing for the expansion of the GRZ in Kalamazoo County was published in the Kalamazoo Gazette.

- April 2, 2025 – An affidavit was issued to the Kalamazoo County Administrator attesting that notices of the Public Hearing for the expansion of the Kalamazoo County GRZ were issued in accordance with the Sanitary Code.

- April 25, 2025 – A Revised PFAS Assessment Work Plan was issued to the Agencies incorporating responses issued by the KLA Group on March 6, 2025 to USEPA comments received on February 4, 2025 on the PFAS Assessment Work Plan dated December 6, 2024.

- May 1, 2025 – The KLA Group issued technical comments on the Fourth Five Year Review dated March 20, 2025.

- May 7, 2025 – A Public Hearing was held by the Kalamazoo Board of Commissioners for the expansion of the Kalamazoo County GRZ.

- May 7, 2025 – The Kalamazoo County Board of Commissioners adopted Amendments to the Sanitary Code for the expansion of the Kalamazoo County GRZ.

- May 7, 2025 – A progress update meeting was held at the Oshtemo Township offices in Kalamazoo between representatives of the Agencies, the KLA Group and WSP.

- May 20 - May 22, 2025 – The annual residential well sampling event was conducted.

- May 12 - May 22, 2025 – The annual remedial action groundwater sampling event was conducted.

- May 15 - May 22, 2025 – Groundwater sampling was completed in accordance with the Revised PFAS Assessment Work Plan dated April 25, 2025.

- May 12, 2025 – An updated QAPP (draft) was issued to the USEPA to address the additional scope items pursuant to the Revised PFAS Work Plan dated April 25, 2025 approved by USEPA.

- May 20, 2025 – USEPA approved (with comments) the Revised PFAS Assessment Work Plan dated April 25, 2025.

- May 23, 2025 – USEPA approved the updated QAPP (draft) issued on May 12, 2025.

- May 28, 2025 – A final updated QAPP was issued to USEPA following approval on May 23, 2025 of the draft updated QAPP dated May 12, 2025.



December 16, 2025                                                                                                31405041.6710

- May 29, 2025 – A Data Summary Report – Hydrogeologic Assessment Along WJ Avenue was submitted to the Agencies pursuant to the Revised Hydrogeologic Assessment Work Pan – WJ Avenue, Oshtemo Township, Kalamazoo Michigan dated September 10, 2024 as approved by USEPA on September 13, 2024.

- June 25, 2025 – A progress update conference call was held with the Agencies.

- June 25, 2025 – The Amendments to the Sanitary Code for the expansion of the Kalamazoo County GRZ became legally effective.

- July 9, 2025 – A Semi-Annual Progress Report for the period January 1, 2025 to June 30, 2025 was submitted to the Agencies.

- July 15, 2025 – A progress update conference call was held with the Agencies.

- July 29, 2025 – Kalamazoo County Health and Community Services Department issued letters notifying landowners within the Amended Kalamazoo County GRZ that the GRZ became legally effective on June 25, 2025 and the requirement for connection to municipal water and abandonment of private wells, as applicable.

- July 31, 2025 – Household well at 30600 22nd Street was replaced.

- August 4, 2025 – The irrigation well (former household) at 591 North 1st Street was abandoned.

- August 11 – 27, 2025 – Field investigations were conducted pursuant to the Revised PFAS Work Plan dated April 25, 2025 approved by USEPA.

- August 26, 2025 – A progress update conference call was held with the Agencies.

- August 27, 2025 – The Residential Monitoring Data Summary Report – Spring Annual Sampling summarizing residential monitoring conducted between May 20 and May 22, 2025 was submitted to the Agencies.

- September 5, 2025 – An Institutional Control Implementation and Assurance Plan was submitted to the Agencies.

- September 5, 2025 – The Data Summary Report - Spring 2025 Annual Remedial Action Groundwater Monitoring summarizing sampling conducted between May 12 and May 22, 2025 was submitted to the Agencies.

- September 15 – September 23, 2025 – The semi-annual remedial action groundwater sampling event was conducted.

- September 23, 2025 – A progress update conference call was held with the Agencies.

- September 24, 2025 – The semi- annual residential well sampling event was conducted.

- October 8, 2025 – Kalamazoo County Health and Community Services Department issued Second Notice letters to landowners within the Amended Kalamazoo County GRZ that did not respond to the July 29, 2025 notice reminding them of the requirement for connection to municipal water and abandonment of private wells, as applicable.



- October 21, 2025 – A progress update conference call was held with the Agencies.

- October 31, 2025 – The irrigation well (former household) at 9825 West KL Avenue was abandoned.

- November 4, 2025 – The Residential Monitoring Data Summary Report – Fall 2025 Semi-Annual Sampling summarizing residential monitoring conducted on September 24, 2025 was submitted to the Agencies.

- November 6, 2025 – USEPA issued comments on the Residential Monitoring Data Summary Report – Spring Annual Sampling submitted on August 27, 2025.

- November 7, 2025 – The Data Summary Report – Fall 2025 Semi- Annual Remedial Action Groundwater Monitoring summarizing sampling conducted between September 15 – September 23, 2025 was submitted to the Agencies.

- November 18, 2025 – A progress update conference call was held with the Agencies.

- November 20, 2025 – A Data Summary Report – Supplemental PFAS Assessment was submitted to the Agencies pursuant to the Revised PFAS Work Plan dated April 25, 2025 approved by USEPA.

- December 1, 2025 – USEPA issued comments on Residential Monitoring Data Summary Report – Fall 2025 Semi-Annual Sampling submitted on November 4, 2025

- December 2, 2025 – A Revised Data Summary Report - Spring 2025 Annual Remedial Action Groundwater Monitoring previously issued on September 5, 2025 was submitted to the Agencies to update supporting documentation.

- December 2, 2025 – USEPA issued comments on the Data Summary Report – Fall 2025 Semi- Annual Remedial Action Groundwater Monitoring submitted on November 7, 2025.

- December 2, 2025 – A Revised Data Summary Report – Spring 2024 Annual Remedial Action Groundwater Monitoring previously submitted on August 2, 2024 was submitted to the Agencies to update supporting documentation.

- December 5, 2025 – A revised Residential Monitoring Data Summary Report – Spring 2025 Annual Sampling previously submitted on August 27, 2025 was submitted to the Agencies addressing USEPA comments issued on November 6, 2025.

- December 10, 2025 – USEPA issued comments on the Institutional Control Implementation and Assurance Plan submitted to the Agencies on September 5, 2025.

- December 2024 through December 2025 – operation and maintenance of the landfill cap system continued including quarterly site inspections and monitoring of perimeter gas probes in accordance with the Landfill Cap Operation and Maintenance Plan dated June 11, 2007.  Quarterly Landfill Cap Summary Reports and perimeter gas probe data are included in Semi-Annual Reports.

- December 2024 through December 2025 – monthly operations and maintenance of the active gas collection system was conducted.  A summary of the gas collection system O&M including analytical results for volatile organic compounds (VOCs) in extracted gas, VOC extraction rates and mass removal estimates, and analytical results of gas condensate are included in Semi-Annual Reports.



## 2.0    RD/RA TASKS TO BE COMPLETED

RD/RA work tasks anticipated to be completed in the period December 2025 to December 2026 include the following activities:

- December 2025 – issue a revised Residential Monitoring Data Summary Report – Fall 2025 Semi-Annual Sampling previously submitted on November 4, 2025 to address USEPA comments issued on December 1, 2025.

- January 2026 – issue a revised Data Summary Report – Fall 2025 Semi- Annual Remedial Action Groundwater Monitoring previously submitted on November 7, 2025 to address USEPA comments issued on December 2, 2025.

- January 2026 – issue a revised Institutional Control Implementation and Assurance Plan previously submitted on September 5, 2025 to address USEPA comments issued on December 10, 2025.

- January 2026 – submit the Fourth 5-Year Evaluation of Monitored Natural Attenuation.

- January 2026 – Kalamazoo County to issue Third Notice letters to landowners within the Amended Kalamazoo County GRZ that did not respond to the July 29, 2025 or October 8, 2025 notices reminding them of the requirement for connection to municipal water and abandonment of private wells, as applicable.

- January 2026 – Submit the Semi-Annual Progress report for July 1 through December 31, 2025.

- March 2026 – Submit to Kalamazoo County Commissioners an annual report on water quality issues (i.e., hardness) experienced by property owners within the GRZ.

- 1st Quarter 2026 – Submit a Municipal Water Connection and Well Closure Report for work completed during 2024 and 2025.

- July 2026 – Submit the Semi-Annual Progress report for January 1 through June 30, 2025.

- 2nd and 4th Quarter 2026 – Conduct RA groundwater monitoring in accordance with the Draft Monitored Natural Attenuation (MNA) Work Plan and update Quality Assurance Project Plan including new monitoring well P-91 following USEPA approval of the Quality Assurance Project Plan, and submit Data Summary Reports.

- 2nd and 4th Quarter 2026 – Conduct residential monitoring in accordance with the Revised 2011 Residential Monitoring Plan (2011 Plan) approved by the USEPA on March 30, 2011 (as updated) and the updated Quality Assurance Project Plan following USEPA approval of the Quality Assurance Project Plan and submit Data Summary Reports.

- 2026 – Complete remaining municipal water connections and residential well abandonments in the amended GRZ.  Provide technical assistance to prepare a well waiver in accordance with the Kalamazoo County Sanitary Code to those landowners who seek to retain their wells for non-potable purposes.

- 2026 – Continue operation and maintenance of the landfill cap system in accordance with the Landfill Cap Operation and Maintenance Plan.



■    2026 – Continue operation and maintenance of the active landfill gas management plan.

**WSP USA, Inc.**

Mary L. Reed, PE
*Assistant Vice President, Environmental Engineer*

Robert Illes
*Senior Technical Principal*

https://wsponlinenam.sharepoint.com/sites/gld-132875/project files/6 deliverables/progress reports/2025 annual/pfizer west kla annual prog rpt - 12-16-25.docx

